# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**BRENDAN A. HURSON**<br>**UNITED STATES MAGISTRATE JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-0782**<br>MDD_BAHChambers@mdd.uscourts.gov |

September 13, 2023

**LETTER ORDER**

RE:   *United States v. Justin Ernest Riggs*
      Case No.:  23-cr-00022-SAG

Dear Counsel:

This matter was referred to me by Judge Gallagher for an attorney inquiry hearing, which I held this morning. For the reasons stated on the record during the sealed hearing, Defendant Justin Riggs' request for the appointment of new counsel is granted. Attorney Craig Kadish is no longer counsel for Mr. Riggs and the Office of the Federal Public Defender is appointed to represent Mr. Riggs. Assistant Federal Public Defender Andrew Szekely was present at the hearing and will promptly enter his appearance on behalf of Mr. Riggs. After Mr. Szekely has had sufficient time to familiarize himself with the case, the parties are directed to contact Judge Gallagher's chambers to schedule appropriate hearings.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely,

/s/

Brendan A. Hurson
United States Magistrate Judge