**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**STEPHANIE A. GALLAGHER**<br>**UNITED STATES DISTRICT JUDGE**<br>MDD_SAGchambers@mdd.uscourts.gov | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-7780** |

October 4, 2024

**LETTER ORDER**

    Re:  <u>USA v. Justin Riggs</u>
          Criminal Case No. SAG-23-0022

Dear Counsel:

    This will confirm the results of today's conference call. The following deadlines for motions briefing have been scheduled as follows:

| | |
|---|---|
| November 15, 2024: | Defense Motions due |
| December 6, 2024: | Government Responses |
| December 27, 2024: | Defense Replies |
| February 28, 2025 at 9:30 a.m. | Motions Hearing |

    Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

                                            Sincerely yours,

                                            /s/

                                            Stephanie A. Gallagher
                                            United States District Judge