IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| UNITED STATES | : | |
|---|---|---|
| | : | |
| v. | : | Case No. SAG-23-0022 |
| | : | |
| JUSTIN RIGGS | : | |
| | : | |
| **Defendant** | : | |

# ORDER

Upon consideration of the Defendant's Renewed Motion to Seal it is this _____ day of May 2025, hereby:

**ORDERED**, that the motion is granted; and it is further

**ORDERED**, that the full sentencing memorandum shall remain under seal; and it is further

**ORDERED**, that the Clerk will docket Mr. Riggs' redacted sentencing memorandum as a publicly available document; and it is further

**ORDRED**, that Exhibits 1, 6, 7, 8, and 9 remain under seal; and it further

**ORDERED**, that the copies of Exhibits 2-5 and 10-12 attached to Mr. Riggs' Renewed Motion to Seal shall be docketed as publicly available documents.

_____
Stephanie A. Gallagher
United States District Judge

1