## Case Information

00623009U2 | The State of Maryland vs RIGGS, ROBERT WINFIELD I

Case Number
00623009U2

Court
Frederick

File Date
11/13/1993

Case Type
Criminal

Case Status
Closed

## Party

Plaintiff
State of Maryland

Active Attorneys ▼
Lead Attorney
State's Attorney, Frederick County

Defendant
RIGGS, ROBERT WINFIELD I

DOB
03/17/1960

Gender
Male

Race
White

Height
5' 7"

Weight
145 lbs

State ID
MD 0000000000

Address
11522 HARP HILL ROAD
MYERSVILLE MD 21773-0000

Active Attorneys ▼
Lead Attorney
GROVE, DAVID MATTHEW
Retained

**Complainant**
RIGGS, KAREN REBECCA

Address
11522 HARP HILL ROAD
MYERSVILLE MD 21773-0000

# Charge

Charges
RIGGS, ROBERT WINFIELD I

|    | Description | Statute | Level | Date |
|----|---|---|---|---|
| 1  | ASSAULT | CL | Misdemeanor | 11/13/1993 |
| 2  | BATTERY | CL | Misdemeanor | 11/13/1993 |
| 3  | DEADLY WEAPON-INT/INJURE | 27.36 | Misdemeanor | 11/13/1993 |
| 4  | ASSAULT | CL | Misdemeanor | 11/13/1993 |
| 5  | BATTERY | CL | Misdemeanor | 11/13/1993 |
| 6  | FALSE IMPRISONMENT | CL | Misdemeanor | 11/13/1993 |
| 7  | SEX OFF 1ST D: FRCE/THREAT:ATT | CL | Misdemeanor | 11/13/1993 |
| 8  | SEX OFF 1ST D: FRCE/THREAT | 27.464 | Felony Circuit Court | 11/13/1993 |
| 9  | SEX OFF 1D FORCE/SUFFOCATE:ATT | CL | Misdemeanor | 11/13/1993 |
| 10 | SEX OFF 1D FORCE/SUFFOCATE | 27.464 | Felony Circuit Court | 11/13/1993 |
| 11 | SX OFFNS-2ND DEGR:FORCE:ATT | 27.464A | Felony Circuit Court | 11/13/1993 |
| 12 | SEX OFFENSE-2ND D:FORCE | 27.464A | Felony Circuit Court | 11/13/1993 |
| 13 | ASSAULT | CL | Misdemeanor | 11/13/1993 |
| 14 | BATTERY | CL | Misdemeanor | 11/13/1993 |
| 15 | MAL DEST PROP/VALU - $300 | 27.111 | Misdemeanor | 11/13/1993 |

## Bond Settings

| Setting Date |
| --- |
| 11/14/1993 |
| 11/15/1993 |
| 11/24/1993 |

## Disposition Events

**12/23/1993** Plea ▼

Judicial Officer
Roberts, William Milnor

| 1 | ASSAULT | Other Plea |
| --- | --- | --- |

**12/23/1993** Plea ▼

Judicial Officer
Roberts, William Milnor

| 2 | BATTERY | Other Plea |
| --- | --- | --- |

**12/23/1993** Plea ▼

Judicial Officer
Roberts, William Milnor

| 3 | DEADLY WEAPON-INT/INJURE | Other Plea |
| --- | --- | --- |

**12/23/1993** Plea ▾

Judicial Officer
Roberts, William Milnor

| 4 | ASSAULT | Other Plea |
|---|---|---|

**12/23/1993** Plea ▾

Judicial Officer
Roberts, William Milnor

| 5 | BATTERY | Other Plea |
|---|---|---|

**12/23/1993** Plea ▾

Judicial Officer
Roberts, William Milnor

| 6 | FALSE IMPRISONMENT | Other Plea |
|---|---|---|

**12/23/1993** Plea ▾

Judicial Officer
Roberts, William Milnor

| 7 | SEX OFF 1ST D: FRCE/THREAT:ATT | Other Plea |
|---|---|---|

**12/23/1993** Plea ▾

Judicial Officer
Roberts, William Milnor

| 8 | SEX OFF 1ST D: FRCE/THREAT | Other Plea |
|---|---|---|

**12/23/1993** Plea ▾

Judicial Officer
Roberts, William Milnor

| 9 | SEX OFF 1D FORCE/SUFFOCATE:ATT | Other Plea |
|---|---|---|

**12/23/1993** Plea ▾

Judicial Officer
Roberts, William Milnor

| 10 | SEX OFF 1D FORCE/SUFFOCATE | Other Plea |

**12/23/1993** Plea ▾

Judicial Officer
Roberts, William Milnor

| 11 | SX OFFNS-2ND DEGR:FORCE:ATT | Other Plea |

**12/23/1993** Plea ▾

Judicial Officer
Roberts, William Milnor

| 12 | SEX OFFENSE-2ND D:FORCE | Other Plea |

**12/23/1993** Plea ▾

Judicial Officer
Roberts, William Milnor

| 13 | ASSAULT | Other Plea |

**12/23/1993** Plea ▾

Judicial Officer
Roberts, William Milnor

| 14 | BATTERY | Guilty |

**12/23/1993** Plea ▾

Judicial Officer
Roberts, William Milnor

| 15 | MAL DEST PROP/VALU - $300 | Other Plea |

**12/23/1993** Disposition ▾

Judicial Officer
Roberts, William Milnor

| 1 | ASSAULT | Nolle Prosequi |

**12/23/1993 Disposition ▼**

Judicial Officer
Roberts, William Milnor

| 2 | BATTERY | Nolle Prosequi |

**12/23/1993 Disposition ▼**

Judicial Officer
Roberts, William Milnor

| 3 | DEADLY WEAPON-INT/INJURE | Nolle Prosequi |

**12/23/1993 Disposition ▼**

Judicial Officer
Roberts, William Milnor

| 4 | ASSAULT | Nolle Prosequi |

**12/23/1993 Disposition ▼**

Judicial Officer
Roberts, William Milnor

| 5 | BATTERY | Nolle Prosequi |

**12/23/1993 Disposition ▼**

Judicial Officer
Roberts, William Milnor

| 6 | FALSE IMPRISONMENT | Nolle Prosequi |

**12/23/1993 Disposition ▼**

Judicial Officer
Roberts, William Milnor

| 7 | SEX OFF 1ST D: FRCE/THREAT:ATT | Nolle Prosequi |

12/23/1993 Disposition ▼

Judicial Officer
Roberts, William Milnor

| 8 | SEX OFF 1ST D: FRCE/THREAT | Nolle Prosequi |

12/23/1993 Disposition ▼

Judicial Officer
Roberts, William Milnor

| 9 | SEX OFF 1D FORCE/SUFFOCATE:ATT | Nolle Prosequi |

12/23/1993 Disposition ▼

Judicial Officer
Roberts, William Milnor

| 10 | SEX OFF 1D FORCE/SUFFOCATE | Nolle Prosequi |

12/23/1993 Disposition ▼

Judicial Officer
Roberts, William Milnor

| 11 | SX OFFNS-2ND DEGR:FORCE:ATT | Nolle Prosequi |

12/23/1993 Disposition ▼

Judicial Officer
Roberts, William Milnor

| 12 | SEX OFFENSE-2ND D:FORCE | Nolle Prosequi |

12/23/1993 Disposition ▼

Judicial Officer
Roberts, William Milnor

| 13 | ASSAULT | Nolle Prosequi |

12/23/1993 Disposition ▼

Judicial Officer
Roberts, William Milnor

| 14 | BATTERY | Guilty |
|---|---|---|

**12/23/1993 Disposition** ▼

Judicial Officer
Roberts, William Milnor

| 15 | MAL DEST PROP/VALU - $300 | Nolle Prosequi |
|---|---|---|

**12/23/1993 Sentence** ▼

| 14 | BATTERY | Sentence |
|---|---|---|

Converted Disposition

```
TERM_YRS: 01   TERM_MOS: 00   TERM_DAYS: 000   SUSPENDED_SENT: X   SUSP_TERM_YRS: 01
```

Payable To

Ordered Date: **12/23/1993**

Collection Status: **Parole & Probation**

Payment Plan

Start Date: **12/23/1993**

Frequency: **One Time**

Grace Days: **0**

Calculate Using:

Payoff Date: **12/23/1995**
Initial Payment Amount:

No Initial Payment
Final Payment Amount:

No Final Payment

## Events and Hearings

| |
|---|
| 11/13/1993 Warrant Issued |
| 11/14/1993 Warrant/Writ Served |
| 11/14/1993 Initial Appearance |
| 11/14/1993 Committed |
| 11/15/1993 Bail Review Held |
| 11/15/1993 Committed |
| 11/24/1993 Bail Review Held |

## Financial

No financial information exists for this case.