```
Name      RIGGS, JUSTIN ERNEST              STUDENT TRANSCRIPT
Address   [REDACTED]                        MIDDLETOWN HIGH
                                            200 SCHOOLHOUSE DR
                                            MIDDLETOWN, MD  21769
Guardian  RIGGS, ROBERT                     (240)236-7400
Phone     [REDACTED]
Grade     12            Gender  M
Birth     [REDACTED]    Graduation  2007
```

| COURSE | FINAL | CR | WT | COURSE | FINAL | CR | WT |
|---|---|---|---|---|---|---|---|
| **GRADE: 09  YEAR: 2004** | | | | **GRADE: 12  YEAR: 2007** | | | |
| ENGLISH 9 MERIT | B | 1.0000 | | ENGLISH 12 MERIT | B | 1.0000 | |
| GOVERNMENT MERIT | B | 1.0000 | | STATISTICS & PROBABILITY | C | 1.0000 | |
| INTR CHEM/PHYS MERIT | B | 1.0000 | | MS CERT II - PPT | B | 0.5000 | |
| ALGEBRA 1 WITH DATA | B | 1.0000 | | TEAM SPORTS 3B | A | 1.0000 | |
| SPANISH 1 | C | 1.0000 | | STRENGTH TRN & FIT 3 | A | 1.0000 | |
| DRAWING & PAINTING 1 | B | 1.0000 | | IND/DUAL SPORTS 3 | | 0.0000 | |
| COMPUTERS & TECHNOLOGY | A | 0.5000 | | WOODWORKING 3 | A | 1.0000 | |
| HEALTH | B | 0.5000 | | STUDENT SERV LEARNING | A | 1.0000 | |
| FITNESS FOR LIFE | A | 0.5000 | | GRAD PROJECT COMBO | B | 1.0000 | |
| BIOTECHNOLOGY | A | 0.5000 | | | | | |
| **GRADE: 10  YEAR: 2005** | | | | | | | |
| ENGLISH 10 MERIT | B | 1.0000 | | | | | |
| MODERN WLD HIST MERIT | B | 1.0000 | | | | | |
| BIOLOGY MERIT | C | 1.0000 | | | | | |
| GEOMETRY W/ REASON | A | 1.0000 | | | | | |
| SPANISH 2 | D | 1.0000 | | | | | |
| STRENGTH TRN & FIT 1 | A | 1.0000 | | | | | |
| TEAM SPORTS 1 | A | 1.0000 | | | | | |
| WOODWORKING 1 | A | 1.0000 | | | | | |
| **GRADE: 11  YEAR: 2006** | | | | | | | |
| ENGLISH 11 MERIT | C | 1.0000 | | | | | |
| AMER STUDIES 2 MERIT | B | 1.0000 | | | | | |
| FUNDAMENTALS OF CHEMISTRY | A | 1.0000 | | | | | |
| ALGEBRA 2 | B | 1.0000 | | | | | |
| TEAM SPORTS 2 | A | 1.0000 | | | | | |
| STRENGTH TRN & FIT 2 | A | 1.0000 | | | | | |
| IND/DUAL SPORTS 3 | A | 1.0000 | | | | | |
| WOODWORKING 2 | A | 1.0000 | | | | | |

```
STUDENT ID NUMBER:  89331101           CUMULATIVE G.P.A:  3.2698/ 3.2698(WT)
                                       RANK IN CLASS   144  OUT OF    291
CREDITS ATT: 31.5 EARNED: 31.5         WEIGHTED RANK   179  OUT OF    291
                                       ATTENDANCE (DAYS ABSENT / MEMBERSHIP)
PRINCIPAL: Kathleen L Schlappal            09       2.00          179.00
                                           10       1.00          180.00
DATE OF GRADUATION:  JUN 05 2007           11       0.50          180.00
                                           12       2.50          174.00
```

FREDERICK COUNTY PUBLIC SCHOOLS IN MARYLAND ARE ACCREDITED
BY THE MARYLAND DEPARTMENT OF EDUCATION.