

# CERTIFICATE

## OF CREATIVE EXCELLENCE

Proudly Presented To

*Justin Biggs*

For your creative expression in our Mental Health Awareness
Poetry Contest at the Howard County Detention Center.

July 14, 2023

Date

Margaret M. Chippendale
Director



# Certificate of Completion

This is to certify that

*Justin Riggs*

has successfully completed the entire

## GNJPM Bible Correspondence Course

Chaplain Wright
Course Administrator

September 21, 2023
Date

President

PO Box 9760 Henrico VA 23228 - goodnewsjail.org

# Certificate of Completion



GOOD NEWS JAIL & PRISON MINISTRY

This is to certify that

_Justin Riggs_

has successfully completed the entire

## GNJPM Bible Correspondence Course

_Chaplain Wohlart_
Course Administrator

_September 21, 2023_
Date

_[signature]_
President

PO Box 9760 Henrico VA 23228 - goodnewsjail.org

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## COGNITIVE STRATEGIES FOR SELF-CONTROL

Presented to JUSTIN RIGGS

SEP 21, 2023
*DATE*

*SIGNATURE*

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## COGNITIVE STRATEGIES FOR SELF-CONTROL

Presented to    **JUSTIN RIGGS**

_Vincent Tournier_
SIGNATURE

SEP 21, 2023
DATE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## IN-THE-MOMENT STRATEGIES FOR SELF-CONTROL

Presented to **JUSTIN RIGGS**

_____
SIGNATURE

SEP 21, 2023
_____
DATE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## IN-THE-MOMENT STRATEGIES FOR SELF-CONTROL

Presented to    JUSTIN RIGGS

SEP 21, 2023
*DATE*

*SIGNATURE*

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## JOURNALING - WHAT IS IT AND WHAT ARE THE BENEFITS?

Presented to **JUSTIN RIGGS**

_Vincent Tournand_
SIGNATURE

SEP 21, 2023
DATE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## JOURNALING - WHAT IS IT AND WHAT ARE THE BENEFITS?

Presented to    JUSTIN RIGGS

SEP 21, 2023
*DATE*

*SIGNATURE*

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## PARENTING: WHY MAINTAIN RELATIONSHIPS

Presented to **JUSTIN RIGGS**

SEP 21, 2023
*DATE*

*SIGNATURE*

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## PARENTING: WHY MAINTAIN RELATIONSHIPS

Presented to    **JUSTIN RIGGS**

SEP 21, 2023
*DATE*

*SIGNATURE*

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## ROA - ROCK OF AGES: THE BIBLE

Presented to **JUSTIN RIGGS**

_Vincent Tournament_
SIGNATURE

SEP 22, 2023
DATE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## ROA - ROCK OF AGES: THE BIBLE

Presented to **JUSTIN RIGGS**

_Vincent Tournand_
SIGNATURE

SEP 22, 2023
DATE

# CERTIFICATE
OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## ADAPTABILITY: WHY IT MATTERS AND HOW TO DEVELOP IT

Presented to _____ JUSTIN RIGGS

_____
SIGNATURE

SEP 27, 2023
_____
DATE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## ADAPTABILITY: WHY IT MATTERS AND HOW TO DEVELOP IT

Presented to

**JUSTIN RIGGS**

SEP 27, 2023
*DATE*

*SIGNATURE*

# CERTIFICATE
### OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## 12 STEPS TO RECOVERY: PART ONE

### JUSTIN RIGGS

Presented to

SEP 28, 2023
*DATE*

*Vincent Tournarro*

*SIGNATURE*

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## 12 STEPS TO RECOVERY: PART ONE

Presented to **JUSTIN RIGGS**

SEP 28, 2023
*DATE*

*SIGNATURE*

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## COMMON MENTAL HEALTH PROBLEMS: BEYOND COPING SKILLS

Presented to        JUSTIN RIGGS

SEP 28, 2023
**DATE**

_Vincent Tonnard_
**SIGNATURE**

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## COMMON MENTAL HEALTH PROBLEMS: BEYOND COPING SKILLS

Presented to

**JUSTIN RIGGS**

SEP 28, 2023
*DATE*

*SIGNATURE*

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## COMMON MENTAL HEALTH PROBLEMS: PTSD

Presented to **JUSTIN RIGGS**

_____
SIGNATURE

SEP 28, 2023
_____
DATE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## COMMON MENTAL HEALTH PROBLEMS: PTSD

Presented to **JUSTIN RIGGS**

_____
SIGNATURE

SEP 28, 2023
_____
DATE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## MENTAL HEALTH: PTSD

### JUSTIN RIGGS

Presented to

SEP 28, 2023
*DATE*

*SIGNATURE*

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## MENTAL HEALTH: PTSD

Presented to **JUSTIN RIGGS**

_____
SIGNATURE

SEP 28, 2023
_____
DATE

# CERTIFICATE
### OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## UNDERSTANDING POST-TRAUMATIC STRESS DISORDER (PTSD)

Presented to **JUSTIN RIGGS**

SEP 28, 2023
*DATE*

*SIGNATURE*

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## UNDERSTANDING POST-TRAUMATIC STRESS DISORDER (PTSD)

Presented to **JUSTIN RIGGS**

_Vincent Tournecol_
SIGNATURE

SEP 28, 2023
DATE

# CERTIFICATE

OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## 3 DIMENSIONS OF FOCUS

### JUSTIN RIGGS

Presented to

SEP 29, 2023
**DATE**

_Vincent Formica_
**SIGNATURE**

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## 3 DIMENSIONS OF FOCUS

Presented to  JUSTIN RIGGS

_Vincent Tournaro_
SIGNATURE

SEP 29, 2023
DATE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## 12 STEPS TO RECOVERY: PART TWO

Presented to **JUSTIN RIGGS**

_Vincent Torrance_
SIGNATURE

SEP 29, 2023
DATE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## 12 STEPS TO RECOVERY: PART TWO

### JUSTIN RIGGS

Presented to

SEP 29, 2023
*DATE*

*SIGNATURE*

# CERTIFICATE

## OF SUCCESSFUL COMPLETION



**PATHWAY TO ACHIEVE**

This certificate is proudly presented for successfully completing:

## AGGRESSION MANAGEMENT

Presented to

### JUSTIN RIGGS

_Vincent Formato_

SIGNATURE

SEP 29, 2023

DATE

# CERTIFICATE
OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## ANGER MANAGEMENT AND COGNITIVE BEHAVIORAL THERAPY

Presented to _____ **JUSTIN RIGGS**

_____
SIGNATURE

SEP 29, 2023
_____
DATE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## BEING AN INVOLVED FATHER: IT'S EASIER THAN YOU THINK

Presented to _____ **JUSTIN RIGGS**

SEP 29, 2023
*DATE*

*SIGNATURE*

# CERTIFICATE
OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## COMMON MENTAL HEALTH PROBLEMS: DEPRESSION

Presented to    **JUSTIN RIGGS**

SEP 29, 2023
*DATE*

*SIGNATURE*

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## CO-PARENTING TRAINING

Presented to    JUSTIN RIGGS

_Vincent Tornaselo_
SIGNATURE

SEP 29, 2023
DATE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## COMMON MENTAL HEALTH PROBLEMS: GENERALIZED ANXIETY

Presented to

### JUSTIN RIGGS

_Vincent Tornator_
SIGNATURE

SEP 30, 2023
DATE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## COMMON MENTAL HEALTH PROBLEMS: GENERALIZED ANXIETY

Presented to **JUSTIN RIGGS**

_____
SIGNATURE

SEP 30, 2023
_____
DATE

# CERTIFICATE
OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## HOW TO DEVELOP A STRONG INTERNAL LOCUS OF CONTROL

Presented to

### JUSTIN RIGGS

_____
SIGNATURE

SEP 30, 2023
_____
DATE

# CERTIFICATE
OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## HOW TO BOOST SELF-AWARENESS

Presented to   **JUSTIN RIGGS**

_Vincent Fornarro_
SIGNATURE

OCT 01, 2023
DATE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## HOW TO IMPROVE REASONING SKILLS

Presented to **JUSTIN RIGGS**

OCT 03, 2023
*DATE*

*SIGNATURE*

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## PERSONAL VALUES

### JUSTIN RIGGS

Presented to

OCT 03, 2023
*DATE*

*SIGNATURE*

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## 12-STEP PROGRAM

Presented to **JUSTIN RIGGS**

_____
Vincent Tournand
SIGNATURE

OCT 03, 2023
_____
DATE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## COMMON MENTAL HEALTH PROBLEMS

Presented to **JUSTIN RIGGS**

OCT 04, 2023
*DATE*

*SIGNATURE*

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## PARENTING WHILE INCARCERATED

Presented to **JUSTIN RIGGS**

OCT 04, 2023
*DATE*

*SIGNATURE*

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## ANGER MANAGEMENT FOR SUBSTANCE ABUSE AND MENTAL HEALTH CLIENTS

Presented to _____ JUSTIN RIGGS _____

OCT 07, 2023
*DATE*

*SIGNATURE*

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

# COMORBIDITY: SUBSTANCE USE DISORDERS AND OTHER MENTAL ILLNESSES

Presented to **JUSTIN RIGGS**

_____
SIGNATURE

OCT 08, 2023
DATE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## COPING WITH STRESS

Presented to **JUSTIN RIGGS**

OCT 08, 2023
*DATE*

*SIGNATURE*

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## DEPRESSION: WHAT YOU NEED TO KNOW

Presented to    JUSTIN RIGGS

_____
SIGNATURE

OCT 08, 2023
DATE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## GRIEF: HOW TO ENDURE IT

Presented to **JUSTIN RIGGS**

_Vincent Townsend_
SIGNATURE

OCT 08, 2023
DATE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## COGNITIVE BEHAVIORAL THERAPY

Presented to  **JUSTIN RIGGS**

OCT 09, 2023
*DATE*

*SIGNATURE*

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## POSITIVE BUT REALISTIC THINKING

Presented to

### JUSTIN RIGGS

OCT 09, 2023
*DATE*

*SIGNATURE*

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## DISCIPLINE FOR FATHERS

Presented to **JUSTIN RIGGS**

_SIGNATURE_

OCT 10, 2023
_DATE_

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## RISK TAKING

### JUSTIN RIGGS

Presented to

OCT 10, 2023
*DATE*

*SIGNATURE*

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## VICTIM AWARENESS

Presented to

## JUSTIN RIGGS

_Vincent Tournaur_
SIGNATURE

OCT 10, 2023
DATE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## PRACTICING MINDFULNESS

Presented to  **JUSTIN RIGGS**

OCT 11, 2023
*DATE*

*SIGNATURE*

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



**PATHWAY**
TO ACHIEVE

This certificate is proudly presented for successfully completing:

## SELF-CONTROL - USING THE SOS METHOD

Presented to **JUSTIN RIGGS**

OCT 11, 2023
*DATE*

*SIGNATURE*

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## HEALTH EFFECTS OF METHAMPHETAMINE

Presented to **JUSTIN RIGGS**

_____
SIGNATURE

OCT 12, 2023
_____
DATE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## MAKE A DIFFERENCE

Presented to **JUSTIN RIGGS**

OCT 12, 2023
*DATE*

*SIGNATURE*

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## MENTAL HEALTH: ANXIETY DISORDER

Presented to **JUSTIN RIGGS**

OCT 12, 2023
*DATE*

*SIGNATURE*

# CERTIFICATE
OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## MENTAL HEALTH: YOU AND YOUR COMMUNITY

Presented to **JUSTIN RIGGS**

OCT 12, 2023
*DATE*

*SIGNATURE*

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## MENTAL HEALTH: DUAL DIAGNOSIS

Presented to

### JUSTIN RIGGS

_____
SIGNATURE

OCT 12, 2023
_____
DATE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## MOTIVATION TO CHANGE

Presented to **JUSTIN RIGGS**

OCT 12, 2023
*DATE*

*SIGNATURE*

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## NAVIGATING A MENTAL HEALTH CRISIS

Presented to     JUSTIN RIGGS

_Vincent Tournand_
SIGNATURE

OCT 12, 2023
DATE

# CERTIFICATE
OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## PARENTING: A FATHER'S LAUGHTER

Presented to **JUSTIN RIGGS**

_Vincent Tournoid_
SIGNATURE

OCT 12, 2023
DATE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## SOCIAL ANXIETY

Presented to

**JUSTIN RIGGS**

*Vincent Formaro*
SIGNATURE

OCT 12, 2023
DATE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## TRIGGERS AND CRAVINGS

Presented to

**JUSTIN RIGGS**

OCT 12, 2023
*DATE*

*SIGNATURE*

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## UNDERSTANDING ANXIETY DISORDERS

Presented to  JUSTIN RIGGS

_Vincent Tournand_
SIGNATURE

OCT 12, 2023
DATE

# CERTIFICATE
### OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## UNDERSTANDING HOW ATTITUDES AFFECT BEHAVIOR

Presented to **JUSTIN RIGGS**

SIGNATURE

OCT 12, 2023
DATE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## BUILDING BONDS

Presented to

### JUSTIN RIGGS

OCT 13, 2023
*DATE*

*SIGNATURE*

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## CHANGING YOUR THINKING

Presented to **JUSTIN RIGGS**

_OCT 13, 2023_
DATE

_Vincent Tournaud_
SIGNATURE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## COMMUNICATING WITH EXCELLENCE

Presented to **JUSTIN RIGGS**

OCT 13, 2023
*DATE*

*SIGNATURE*

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## CONFLICT RESOLUTION

Presented to **JUSTIN RIGGS**

_Vincent Tournac_
SIGNATURE

OCT 13, 2023
DATE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## HARMFUL INTERACTIONS

Presented to **JUSTIN RIGGS**

OCT 13, 2023
*DATE*

*SIGNATURE*

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## HOW TO BE PATIENT

Presented to

### JUSTIN RIGGS

_Vincent Tournon_
SIGNATURE

OCT 13, 2023
DATE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## HOW TO HEAL FAMILY WOUNDS

Presented to **JUSTIN RIGGS**

OCT 13, 2023
*DATE*

*SIGNATURE*

# CERTIFICATE
OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## MULTIPLE PATHWAYS OF RECOVERY - A GUIDE FOR INDIVIDUALS AND FAMILIES

Presented to **JUSTIN RIGGS**

_Vincent Tournaro_
SIGNATURE

OCT 13, 2023
DATE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## RETHINKING DRINKING

Presented to    **JUSTIN RIGGS**

_Vincent Tournaire_
SIGNATURE

OCT 13, 2023
DATE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## TREATMENT FOR ALCOHOL PROBLEMS

Presented to **JUSTIN RIGGS**

OCT 13, 2023
*DATE*

*SIGNATURE*

# CERTIFICATE

OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## PARENTING: A FATHER'S STORY

Presented to    **JUSTIN RIGGS**

_Vincent Tournand_
SIGNATURE

OCT 14, 2023
DATE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## PARENTING: BACK IN TOUCH

Presented to **JUSTIN RIGGS**

_Vincent Tournour_
SIGNATURE

OCT 14, 2023
DATE

# CERTIFICATE
OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## PEERS AND RELATIONSHIPS

### JUSTIN RIGGS

Presented to

OCT 14, 2023
*DATE*

*SIGNATURE*

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## FATHERHOOD CHANGES EVERYTHING: BE A PRESENT FATHER

Presented to **JUSTIN RIGGS**

_SIGNATURE_

OCT 15, 2023
_DATE_

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## PARENTING: COMMUNICATION TIPS FOR FAMILIES

Presented to

**JUSTIN RIGGS**

_Vincent Fournier_
SIGNATURE

OCT 15, 2023
DATE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## PARENTING: FOREVER FAMILY

Presented to **JUSTIN RIGGS**

_Vincent Torunarigha_
SIGNATURE

OCT 15, 2023
DATE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## PARENTING: GET CREATIVE, STAY CONNECTED

Presented to    JUSTIN RIGGS

_Vincent Tournear_
SIGNATURE

OCT 15, 2023
DATE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## PARENTING: HEALTHY RELATIONSHIPS

Presented to **JUSTIN RIGGS**

_____
SIGNATURE

OCT 15, 2023
DATE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## PARENTING: LONG DISTANCE DADS

Presented to **JUSTIN RIGGS**

_____
SIGNATURE

OCT 15, 2023
_____
DATE

# CERTIFICATE
OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## PARENTING: PRAISE WITH A PURPOSE

Presented to    JUSTIN RIGGS

*Vincent Tournant*
SIGNATURE

OCT 15, 2023
*DATE*

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## PARENTING: QUESTIONS CHILDREN ASK

Presented to **JUSTIN RIGGS**

OCT 16, 2023
*DATE*

*SIGNATURE*

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## PARENTING: STEPS IN THE RIGHT DIRECTION

Presented to **JUSTIN RIGGS**

_SIGNATURE_

OCT 16, 2023
_DATE_

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## PARENTING: THE COURAGE TO FAIL

Presented to **JUSTIN RIGGS**

_____
SIGNATURE

OCT 16, 2023
DATE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## PARENTING: THE OTHER TERRIBLE TOOS

Presented to JUSTIN RIGGS

_Vincent Tournan_
SIGNATURE

OCT 16, 2023
DATE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## PARENTING: TIPS FROM A FATHER IN PRISON

Presented to

**JUSTIN RIGGS**

_SIGNATURE_

OCT 16, 2023
_DATE_

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## PARENTING: UNBREAKABLE BOND

Presented to

### JUSTIN RIGGS

_Vincent Tourmanen_
SIGNATURE

OCT 16, 2023
DATE

# CERTIFICATE
### OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## PARENTING: VISITING MOM OR DAD

Presented to **JUSTIN RIGGS**

OCT 16, 2023
*DATE*

*SIGNATURE*

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## THE ISSUE WITH ABSENT FATHERS

Presented to

**JUSTIN RIGGS**

_SIGNATURE_

OCT 16, 2023
_DATE_

# CERTIFICATE
OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## HEART HEALTHY LIVING

Presented to **JUSTIN RIGGS**

OCT 17, 2023
*DATE*

*SIGNATURE*

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

# DEVELOPING INITIATIVE: A KEY ATTITUDE FOR PERSONAL EFFECTIVENESS

Presented to **JUSTIN RIGGS**

_____
SIGNATURE

OCT 27, 2023
_____
DATE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## INTERPERSONAL COMMUNICATION

Presented to **JUSTIN RIGGS**

OCT 30, 2023
DATE

SIGNATURE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## ORGANIZATIONAL COMMUNICATION

Presented to _____ **JUSTIN RIGGS** _____

_____ _Vincent Tournour_ _____
SIGNATURE

_____ OCT 30, 2023 _____
DATE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## EMPLOYABILITY SKILLS B-3 USE INTERPERSONAL COMMUNICATION SKILLS

Presented to

**JUSTIN RIGGS**

_____
SIGNATURE

NOV 11,2023
DATE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## FOUNDATIONS OF HUMAN COMMUNICATION

Presented to    JUSTIN RIGGS

_Vincent Tournaud_
SIGNATURE

NOV 11, 2023
DATE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## WORTH & WELLNESS: MENTAL WELLNESS

Presented to **JUSTIN RIGGS**

_Vincent Tournaine_
SIGNATURE

NOV 11, 2023
DATE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## WORKING THROUGH NEGATIVE EMOTIONS: PART 2: JEALOUSY

Presented to **JUSTIN RIGGS**

NOV 11, 2023
DATE

SIGNATURE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## WORKING THROUGH NEGATIVE EMOTIONS: PART 3: IS IT PRIDE OR EGO?

Presented to

**JUSTIN RIGGS**

NOV 11, 2023
*DATE*

*SIGNATURE*

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## WORKING THROUGH NEGATIVE EMOTIONS: PART 1: RESENTMENT

Presented to

**JUSTIN RIGGS**

_Vincent Forman_
SIGNATURE

NOV 11, 2023
DATE

# CERTIFICATE

OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## WORTH AND WELLNESS - EXERCISE

Presented to    **JUSTIN RIGGS**

_Vincent Fornaro_
SIGNATURE

NOV 13, 2023
DATE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## WORTH AND WELLNESS LIFE SKILLS

Presented to **JUSTIN RIGGS**

NOV 13, 2023
*DATE*

*SIGNATURE*

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## WORTH AND WELLNESS - NUTRITION

Presented to **JUSTIN RIGGS**

_Vincent Tornarello_
SIGNATURE

NOV 13, 2023
DATE

# CERTIFICATE
OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## WORTH & WELLNESS: THRIVING COMMUNITY

Presented to

**JUSTIN RIGGS**

NOV 13, 2023
DATE

SIGNATURE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## WORTH AND WELLNESS - YOUR EVERYDAY JOURNEY

Presented to **JUSTIN RIGGS**

OCT 13, 2023
*DATE*

*Vincent Tornarelli*
*SIGNATURE*

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

**NORTH POINT MINISTRIES-STARTING OVER**

Presented to    **JUSTIN RIGGS**

_Vincent Fornaro_
SIGNATURE

NOV 15, 2023
DATE

*CorrespondARTS*

# CERTIFICATE OF ACHIEVEMENT

Awarded to

## Justin Riggs

for successfully participating in the CorrespondARTS Program, a 6-month Distance Learning Course in Visual Art and Creative Writing at the Howard County Detention Center.

*Carlos Quiroga*

**Visual Art Instructor**

*Wendy Jason*

**Founder / Director: Justice Arts Coalition**

**22nd February 2024**

*Leslie Bumstead*

**Creative Writing Instructor**





JUSTICE ARTS COALITION

maryland state arts council



**Awarded To:**

**Justin Riggs**

for completing a 40 hour comprehensive introductory
curriculum for Graphic Design utilizing Adobe Illustrator

*Thomas Lane Jr.*

Thomas Lane Jr.

Visual Communicator, UI/UX Certified Designer